*E-Filed 4/8/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER JAMES CASTILLO, | No. C 12-0016 RS (PR) |
| Plaintiff, | **ORDER REOPENING ACTION;** |
| v. | **ORDER OF TRANSFER** |
| THE DEPARTMENT OF MENTAL HEALTH, et al., | |
| Defendants. | |

This Court dismissed this action because plaintiff had failed to perfect his application to proceed *in forma pauperis* ("IFP"). (Docket No. 8.) Plaintiff appealed. The Ninth Circuit Court of Appeals, after reviewing the docket, determined that plaintiff had filed the documents necessary to perfect his IFP application, and remanded the action here so that this Court could address the completed filing. In light of these developments, this action is REOPENED, and the Clerk is directed to amend the docket accordingly.

The action will be transferred because plaintiff's claims arise from alleged events in Kern County, which lies in the Eastern District. Accordingly, this federal civil rights action is TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in that district. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED**.

DATED: April 8, 2014

RICHARD SEEBORG
United States District Judge