# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES CASTILLO,<br><br>   Plaintiff,<br><br>   vs.<br><br>DEPT. MENTAL HEALTH, et al.,<br><br>   Defendants. | 1:14cv00537 DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>**TWENTY-ONE DAY DEADLINE** |

   Plaintiff Christopher James Castillo ("Plaintiff"), a former California state prisoner, filed this action on January 4, 2012. The action was eventually transferred to this Court on April 8, 2014. Plaintiff is currently housed in a New Mexico state prison.

   On May 14, 2014, the new case documents sent to Plaintiff were returned by the United States Postal Service as "Undeliverable, RTS, Refused to Sign." On May 16, 2014, the order granting Plaintiff's application to proceed in forma pauperis was returned to the Court with the same notation.

   On May 14, 2014, the Court received a note from John Rimbey, the mail room clerk at the Penitentiary of New Mexico, where Plaintiff is currently incarcerated. The note indicates that Plaintiff is refusing all incoming legal correspondence.

1

Accordingly, as it appears that Plaintiff no longer wants to prosecute this action, he is ORDERED TO SHOW CAUSE, within twenty-one (21) days, why this action should not be dismissed for failure to prosecute.

**Failure to respond to this order will result in a recommendation that this action be dismissed.  The Court will also recommend that this action be dismissed if this order is again returned to the Court.**

IT IS SO ORDERED.

Dated:   **May 19, 2014**                         /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE